

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-13-00737-CV

**WAL-MART STORES, LLC**, Wal-Mart Stores, Inc., and Wal-Mart Stores Texas, L.P.,
Appellants

v.

JoAnn **FLORES**, Individually and as Representative of the Estate of Justin M. Flores, Deceased,
and for and on behalf of All Those Entitled to Recover for the Death of Justin M. Flores under
the Texas Wrongful Death and Survival Statutes,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-10-109
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The Appellee's Motion for Leave to Withdraw April L. Farris as Counsel is GRANTED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 17th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court